MINUTE ENTRY
MORGAN, J.
OCTOBER 31, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-157 |
| ZANDRA ELLIS | SECTION "E" |

JUDGE SUSIE MORGAN, PRESIDING

**TUESDAY, OCTOBER 31, 2023 (2:06 p.m. – 2:29 p.m.)**

COURTROOM DEPUTY:   Brad Newell
COURT REPORTER:   Toni Tusa

APPEARANCES:   Gregory M. Kennedy for the Government
Celia C. Rhoads for the Defendant

**SENTENCING**

The defendant was present with her counsel and placed under oath.

There being no objections to the Pre-Sentence Report, the Court adopted the factual statements contained in the report, as corrected on the record, and addendum as its findings of fact.

The Court **GRANTED** the Government's motion (R. Doc. 107) for an additional one level decrease under U.S. Sentencing guidelines 3E.1.1(b).

The defendant and defense counsel addressed the court in mitigation of punishment.

The defendant was sentenced on Count One of the Superseding Bill of Information (R. Doc. 83). Written judgment will be entered.

The Court advised the defendant of her right to appeal her conviction and sentence.

The defendant was remanded to the custody of the U.S. Marshal.

JS-10:  00:23